IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHILLIP RIOS,**

    **Plaintiff,**

v.                                                                                         No. CIV 08-815 BB/RHS

**STEVE FARMER, "OFFICER" RHODES, HALE PAINE, and the BOARD OF COUNTY COMMISSIONERS OF EDDY COUNTY,**

    **Defendants.**

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation [doc. 31] pursuant to an Order to Show Cause [doc. 27] issued directing Plaintiff to show cause why the motion to withdraw [doc. 26] by James Lyle, Esq., should not be granted and this action dismissed with prejudice. No objection has been filed.

Now, therefore,

IT IS ORDERED that the Motion to Withdraw as Counsel by James Lyle, Esq., is GRANTED, and this action is DISMISSED with prejudice. All other pending motions are DENIED as moot.

Dated this 10th day of September, 2009.

 

                                                **BRUCE D. BLACK**
                                                **United States District Judge**